RECEIVED
IN LAKE CHARLES, LA
AUG 2 6 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| JAMES LAWRENCE | CIVIL ACTION NO. 04-2181-LC |
| VS. | SECTION P |
| WAKENHUT CORPORATION, ET AL. | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation filed in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITHOUT PREJUDICE** pursuant to 42 U.S.C. §1997e for plaintiff's failure to exhaust the available administrative remedies prior to the filing of suit.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 26 day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE